UNITED STATES DISTRICT COURT

U.S. District Court

District of Oregon (Medford (1))

Angie Walker

*Plaintiff(s)*
v.

Case No. 1:21-cv-00126-CL

United States Department of Agriculture,

Ramona Mitchell, Jay DeLapp,

Patricia M. Felbinger, Vicki L. Walker

CAUSE

I believed the Clerk's Office would issue the summons.

(See Fed. R. Civ. P. 16)

LR 16-1 Court Actions On Initial Filing (See LR 3-5)

(c) Process

The Clerk's Office will issue summons and other appropriate process.  (See LR 3-5(b).)

I have found the forms for the summons and have submitted them to the Court.

*/s/ Angie Walker*
Angie Walker

May 25, 2021