IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION


**ANGIE WALKER,**

        Plaintiff,                          No. 1:21-cv-00126-CL

    v.                                  **ORDER**

**UNITED STATES
DEPARTMENT OF
AGRICULTRE, et al.,**

        Defendants.

_____

AIKEN, District Judge.

    This case comes before the Court on a Report and Recommendation filed by Magistrate Judge Mark Clarke on August 25, 2021. ECF No. 43. Judge Clarke recommends that this case be dismissed and Plaintiff's IFP status revoked.

    Under the Federal Magistrates Act, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If a party files objections to a magistrate judge's findings and

recommendations, "the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

For those portions of a magistrate judge's findings and recommendations to which neither party has objected, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."). Although no review is required in the absence of objections, the Magistrates Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Id.* at 154. The Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that "[w]hen no timely objection is filed," the court should review the recommendation for "clear error on the face of the record."

In this case, Plaintiff has filed Objections. ECF No. 47. No Defendants have appeared in this case and so no response has been filed. The Court has reviewed the filings and the record and finds no error. The R&R is ADOPTED. This case is DISMISSED with prejudice and Plaintiff's IFP status is REVOKED. Final judgment shall be entered accordingly.

It is so ORDERED and DATED this  26th  day of August 2021.


 /s/Ann Aiken
ANN AIKEN
United States District Judge